IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRYL P. CONNELLY,

   Plaintiff,

     v.

METROPOLITAN ATLANTA
RAPID TRANSIT AUTHORITY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2108-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 93] of the Magistrate Judge recommending that the Defendants' Motion for Summary Judgment [Doc. 75] be granted in part and denied in part. I agree with the Magistrate Judge's conclusion that the Plaintiff failed to make out a prima facie case of race discrimination with respect to his termination claims. I also agree that there is sufficient evidence to submit the retaliation claims to a jury. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 75] is GRANTED in part and DENIED in part.

SO ORDERED, this 3 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge