

# DONOVAN REPORTING
## & VIDEO SERVICES
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499   800-547-1512   FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
**TAX ID: 58-2144645**

Janine D. Willis
Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

June 18, 2013

**Invoice#** M0127LHB

**Balance:**     $.00

**Re:** Connelly v MARTA and King
Cheryl Lynn King
on 01/27/12   Billed 02/14/12

## *Invoicing Information*

<u>Charge Description</u>
One hard copy of transcript
of Cheryl Lynn King.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature_____ Date_____

1.50% per month on unpaid balance

Sub Total:           1,561.15
- Payments/Credits:  1,561.15
P l e a s e   R e m i t  - - - >   Total Due:           $.00

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*



# DONOVAN REPORTING
## & VIDEO SERVICES
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499  800-547-1512  FAX: 770-428-5801
cr@donovanreporting.com
Pay online at www.donovanreporting.com
**TAX ID: 58-2144645**

John R. Lowery
Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

June 18, 2013

**Invoice#** M0202SJB

**Balance:**  $.00

**Re:** Connelly v MARTA and King
Dr. Beverly Scott
on 02/02/12   Billed 02/14/12

## *Invoicing Information*

Charge Description
One hard copy of transcript
of Beverly Angela Scott, Ph.D.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature                                    Date

1.50% per month on unpaid balance

Sub Total:      679.47
- Payments/Credits:  679.47
P l e a s e   R e m i t   - - - >   Total Due:       $.00

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*



Esquire Solutions - Atlanta  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  



Remit to:

Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

**Tax Number:** 45-3463120  
Toll Free (800) 211-DEPO  
Fax (856) 437-5009  

JANINE WILLIS ,ESQ.  
PURSLEY, LOWERY & MEEKS, LLP  
SUITE 2000,  
260 PEACHTREE STREET  
ATLANTA, GA 30303  

## Invoice # BG269901

| Invoice Date | 02/24/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/25/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/03/2012 | CONNELLY, DARRYL P. vs. MARTA | 277061 | 02/23/2012 | COURIER |

| Description | Amount |
|---|---|
| Services Provided on 02/03/2012, DARRYL CONNELLY (ATLANTA, GA) | |
|     MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (363 Pages) | $ 907.50 |
|     EXHIBITS | $ 22.95 |
|     CONDENSED EXHIBITS NO CHARGE | $ 0.00 |
|     LITIGATION SUPPORT DISK | $ 50.00 |
|     CONDENSED TRANSCRIPT | $ 0.00 |
|     READ & SIGN CORRESPONDENCE | $ 17.50 |
| | $ 997.95 |
|     SHIPPING/HANDLING | $ 20.00 |
| | $ 20.00 |
| Tax: | $ 0.00 |
| Paid: | $ 1,017.95 |
| **Amount Due On/Before 04/09/2012** | **$ 0.00** |
| Amount Due After 04/09/2012 | $ 0.00 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.net**





JANINE WILLIS ,ESQ.  
PURSLEY, LOWERY & MEEKS, LLP  
SUITE 2000,  
260 PEACHTREE STREET  
ATLANTA, GA 30303  

| | |
|---|---|
| Invoice #: | BG269901 |
| Payment Due: | 03/25/2012 |
| **Amount Due On/Before 04/09/2012** | **$ 0.00** |
| Amount Due After 04/09/2012 | $ 0.00 |

Remit to:

Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com

Thank you for your business!

002 0000269901 02242012 1 000000000 0 03252012 04092012 2 000000000 03



# DONOVAN REPORTING
## & VIDEO SERVICES
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499  800-547-1512  FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
**TAX ID: 58-2144645**

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

March 14, 2012

**Invoice#** M0302SJB

**Balance:** $1,153.68

Re: Connelly v MARTA and King
    Deborah Dawson
    on 03/02/12   Billed 03/14/12

## *Invoicing Information*

Charge Description
One hard copy of transcript of
Deborah Anne Dawson.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature_____ Date_____

1.50% per month on unpaid balance

OK to pay LRDawkins
3/21/12

P l e a s e   R e m i t   - - - >   Total Due: $1,153.68

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*

If payment mailed by 04/13/12, remit only    $1,048.80



**DONOVAN REPORTING & VIDEO SERVICES**
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499   800-547-1512   FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
**TAX ID: 58-2144645**

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

June 18, 2013

**Invoice#** M0504GCB

**Balance:**            $.00

**Re:** Connelly v MARTA and King
Elizabeth M. O'Neill
on 05/04/12   Billed 05/17/12

## *Invoicing Information*

<u>Charge Description</u>
One download copy of transcript
of Elizabeth M. O'Neill.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature_____ Date_____

1.50% per month on unpaid balance

```
                                    Sub Total:       467.83
                                  - Payments/Credits: 467.83
         P l e a s e   R e m i t  - - - >   Total Due:  $.00
```

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*



# DONOVAN REPORTING
## & VIDEO SERVICES
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499  800-547-1512  FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
**TAX ID: 58-2144645**

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

June 18, 2013

**Invoice#** M0508LHB

**Balance:**  $.00

**Re:** Connelly v MARTA and King
Jayant Patel, 1:00 Marko Anderson, 3:30 Jason Ward
on 05/08/12  Billed 05/18/12

## *Invoicing Information*

Charge Description
One hard copy of transcript of
Jayant J. Patel, Marko Delmonica Anderson,
Jason Terrell Ward.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature_____ Date_____

1.50% per month on unpaid balance

Sub Total:  701.69
- Payments/Credits:  701.69
P l e a s e   R e m i t   - - - >  Total Due:  $.00

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*



**DONOVAN REPORTING & VIDEO SERVICES**
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499  800-547-1512  FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
TAX ID: 58-2144645

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

June 18, 2013

**Invoice#** M0518KSB

**Balance:**  $.00

**Re:** Connelly v MARTA and King
Jay Jordon Levin, 2:00 Christine Schneider
on 05/18/12  Billed 06/01/12

## *Invoicing Information*

<u>Charge Description</u>
One download copy of transcript of
Jay Jordan Levin and Christine Schneider.

---

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____  Amount $_____
Card #_____  Exp Date_____
Security Code_____  Cardholder Phone #_____
Billing Address_____
Signature_____  Date_____

---

1.50% per month on unpaid balance

Sub Total:  209.77
- Payments/Credits:  209.77
**P l e a s e   R e m i t   - - - >**  Total Due:  $.00

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*



**DONOVAN REPORTING & VIDEO SERVICES**
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499  800-547-1512  FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at www.donovanreporting.com*
TAX ID: 58-2144645

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

April 17, 2013

Invoice# N0404LHB

Balance: $560.57

Re: Connelly v MARTA and King
Cheryl King (Vol. 2)
on 04/04/13   Billed 04/17/13

APPROVED FOR PAYMENT
*[signature]*
for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 6/3/13
1000-512645-16110

*Invoicing Information*

Charge Description
One hard copy of transcript of Cheryl Lynn King.

For your convenience, we accept AmEx, Visa, MasterCard & Discover.
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____ Cardholder Phone #_____
Billing Address_____
Signature_____ Date_____

1.50% per month on unpaid balance

*Ok to pay Ltd*

Please Remit ---> Total Due:   $560.57

PLEASE REFERENCE YOUR INVOICE #
THANK YOU FOR YOUR BUSINESS!

If payment mailed by 05/17/13, remit only   $509.61



**DONOVAN REPORTING & VIDEO SERVICES**
*Certified Court Reporters*

237 Roswell Street
Marietta, GA 30060
770-499-7499   800-547-1512   FAX: 770-428-5801
cr@donovanreporting.com
*Pay online at* www.donovanreporting.com
**TAX ID: 58-2144645**

Lashanda R. Dawkins
MARTA Legal Services
2424 Piedemont Road, Sixth Floor
Atlanta, GA 30324-3330

June 18, 2013

**Invoice#** N0507LHB

**Balance:**   $395.56

**Re:** Connelly v MARTA and King
Dwight Ferrell
on 05/07/13   Billed 05/09/13

<--   40 Days Old!

## *Invoicing Information*

Charge Description
One hard copy of transcript of
Dwight Anthony Ferrell
at expedited delivery.

*For your convenience, we accept AmEx, Visa, MasterCard & Discover.*
Please charge to my credit card as follows:
Name on Card_____ Amount $_____
Card #_____ Exp Date_____
Security Code_____   Cardholder Phone #_____
Billing Address_____
Signature_____   Date_____

1.50% per month on unpaid balance                              5.85

P l e a s e   R e m i t   - - - >   Total Due:   $395.56

*PLEASE REFERENCE YOUR INVOICE #*
*THANK YOU FOR YOUR BUSINESS!*

# EXCEL BUSINESS SOLUTIONS

500 BISHOP ST.
SUITE F9
ATLANTA, GA 30318
404-875-3416

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/9/2011 | 30323 |

| BILL TO | SHIP TO |
|---|---|
| MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 | MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 |

| JOB NO. | P.O. NUMBER | TERMS | DUE DATE | REP | CUSTOMER |
|---|---|---|---|---|---|
| 08-008 | David Connelly | Net 30 | 9/8/2011 | HSE | JACKIE |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,786 | D-1 | HEAVY LITIGATION<br>(ONE COPY OF ORIGINALS)<br>NO TAX | 0.16<br>0.00 | 285.76T<br>0.00 |

APPROVED FOR PAYMENT
for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 8/17/11

Thank you for your business. Please remit to above address.

**Total** $285.76

SIGNATURE_____