# EXCEL BUSINESS SOLUTIONS

500 BISHOP ST.
SUITE F9
ATLANTA, GA 30318
404-875-3416

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/18/2012 | 30481 |

| BILL TO |
|---|
| MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 |

| SHIP TO |
|---|
| MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 |

| JOB NO. | P.O. NUMBER | TERMS | DUE DATE | REP | CUSTOMER |
|---|---|---|---|---|---|
| 01-001 | Darryl P. Connelly | Net 30 | 2/17/2012 | HSE | JACKIE FULLER |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 14,034 | BLOWBACKS | Black & White documents | 0.05 | 701.70T |
| 4,678 | ENDORSE | ENDORSING / E-LABELING<br>NO TAX | 0.03<br>0.00 | 140.34<br>0.00 |

APPROVED FOR PAYMENT
_[signature]_
for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 02/03/12
1000-512645-16110

ok to pay L. Dawkins

| | Total | $842.04 |
|---|---|---|

Thank you for your business. Please remit to above address.

SIGNATURE _[signature]_

# EXCEL BUSINESS SOLUTIONS

500 BISHOP ST.
SUITE F9
ATLANTA, GA 30318
404-875-3416

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/4/2012 | 30470 |

| BILL TO | SHIP TO |
|---|---|
| MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 | MARTA LAW<br>2424 PIEDMONT ROAD<br>ATLANTA, GA 30324 |

| JOB NO. | P.O. NUMBER | TERMS | DUE DATE | REP | CUSTOMER |
|---|---|---|---|---|---|
| 12-007 | Darryl P. Connelly 14903 | Net 30 | 2/3/2012 | HSE | JACKIE FULLER |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 14,121 | C-3 | MEDIUM LITIGATION<br>(THREE COPIES OF ORIGINALS)<br>NO TAX | 0.14<br><br>0.00 | 1,976.94T<br><br>0.00 |

APPROVED FOR PAYMENT
*(signature)*
for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 01/19/12
1000-512645-16110

OK to pay L. Dawkins

Thank you for your business. Please remit to above address.

**Total** $1,976.94

SIGNATURE *(signature)*

4151 Ashford Dunwoody Road  
Suite 260  
Atlanta, GA 30319  
404-257-1223  
FAX 404-257-9132



# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 106425 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 5/04/12 | 39.90 |
| CURRENT | OVER 30 DAYS |
| 28.00 | 11.90 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

MARTA LEGAL DEPARTMENT  
Attn: PAULA NASH  
2424 PIEDMONT RD N E  
6TH FLOOR  
ATLANTA, GA 30324



5% Service Charge  
Assessed on Invoices over  
30 days. We accept Visa,  
Amex, Mastercard.

Please tear at perforation and return top portion with your payment.

| Courier Connection, Inc. 404-257-1223 | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | 4151 Ashford Dunwoody Rd. Suite 260 Atlanta, Georgia 30319 |
|---|---|---|---|---|---|---|
| | 1540 | 106425 | 5/04/12 | 39.90 | 1 | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|---|
| 5/04/12 | 926641 | SCD | MARTA LEGAL DEPARTMENT 2424 PIEDMONT RD N E ATLANTA GA 30324 Caller: SHERAN  Time: 10:30 Signed: G. ROSE  Time: 15:30 Ref: CONNELLY | BUCKLEY AND KLEIN 1230 PEACHTREE ST. ATLANTA GA 30309 Wght: 1 Lbs | BASE : FUEL SRCHG: | 7.50 1.65 | 9.15 |

APPROVED FOR PAYMENT  
ELIZABETH M. O'NEILL  
AGM, LEGAL SERVICES  
AND CHIEF COUNSEL  
DATE 05/17/12  
1000-512645-16110

INVOICE TOTAL ▶ 9.15

INVOICE PAYMENT DUE UPON RECEIPT



4151 Ashford Dunwoody Road
Suite 260
Atlanta, GA 30319
404-257-1223
FAX 404-257-9132

MARTA LEGAL DEPARTMENT
Attn: PAULA NASH
2424 PIEDMONT RD N E
6TH FLOOR
ATLANTA, GA 30324

RECEIVED MAY 0 2 2012
MARTA Legal Services

# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 106146 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 4/27/12 | 30.75 |
| CURRENT | OVER 30 DAYS |
| 30.75 | .00 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

5% Service Charge Assessed on Invoices over 30 days. We accept Visa, Amex, Mastercard.

Please tear at perforation and return top portion with your payment.

| Courier Connection, Inc. 404-257-1223 | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | 4151 Ashford Dunwoody Rd. Suite 260 Atlanta, Georgia 30319 |
|---|---|---|---|---|---|---|
| | 1540 | 106146 | 4/27/12 | 30.75 | 1 | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|
| 4/23/12 | 921944 | SCD | MARTA LEGAL DEPARTMENT         BUCKLEY AND KLEIN<br>2424 PIEDMONT RD N E            1230 PEACHTREE ST.<br>ATLANTA      GA 30324           ATLANTA      GA 30309<br>Caller: SHARON DUNN   Time: 10:51<br>Signed: S WOLFE        Time: 12:51<br>Ref: CONNELLY | BASE       : <br>FUEL SRCHG: | 7.50<br>1.80 | 9.30 |
| 4/25/12 | 922988 | SCD | MARTA LEGAL DEPARTMENT         HALL BOOTH SMITH SLOVER<br>2424 PIEDMONT RD N E            191 PTREE ST NE<br>ATLANTA      GA 30324           ATLANTA      GA 30303<br>Caller: SHARON DUNN   Time: 13:07<br>Signed: TAMARA TICKARADH  Time: 13:57<br>Ref: PETERSON | BASE       : <br>FUEL SRCHG: | 7.70<br>1.85 | 9.55 |

APPROVED FOR PAYMENT

*[signature]*

for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 05/04/12

1000-512645-16110

INVOICE TOTAL ▶  18.85

INVOICE PAYMENT DUE UPON RECEIPT



4151 Ashford Dunwoody Road  
Suite 260  
Atlanta, GA 30319  
404-257-1223  
FAX 404-257-9132

RECEIVED  
APR 0 4 2012  
MARTA Legal Services

MARTA LEGAL DEPARTMENT  
Attn: PAULA NASH  
2424 PIEDMONT RD N E  
6TH FLOOR  
ATLANTA, GA 30324

Please tear at perforation and return top portion with your payment.

## INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 105123 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 3/30/12 | 84.67 |
| CURRENT | OVER 30 DAYS |
| 48.19 | 36.48 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

5% Service Charge Assessed on Invoices over 30 days. We accept Visa, Amex, Mastercard.

| Courier Connection, Inc. 404-257-1223 | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | 4151 Ashford Dunwoody Rd. Suite 260 Atlanta, Georgia 30319 |
|---|---|---|---|---|---|---|
|  | 1540 | 105123 | 3/30/12 | 84.67 | 1 |  |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 3/26/12 | 911185 | REG | MARTA LEGAL DEPARTMENT  2424 PIEDMONT RD N E  ATLANTA  GA 30324  Caller: SHERAN DUNN  Time: 13:19  Wght: 10 Lbs  Signed: MTURASKI  Time: 15:01  Ref: CONNELLY  BUCKLEY & KLEIN, LLP  1230 W PEACHTREE ST  ATLANTA  GA 30309 | BASE : 8.00  FUEL SRCHG: 1.76 | 9.76 |
| 3/30/12 | 913174 | SCD | MARTA LEGAL DEPARTMENT  2424 PIEDMONT RD N E  ATLANTA  GA 30324  Caller: SHARON DUNN  Time: 11:18  Wght: 10 Lbs  Signed: C HARRIS  Time: 14:44  Ref: CONNELLY  BUCKLEY AND KLEIN  1230 PEACHTREE ST.  ATLANTA  GA 30309 | BASE : 7.50  FUEL SRCHG: 1.65 | 9.15 |
| 3/30/12 | 913175 | SCD | MARTA LEGAL DEPARTMENT  2424 PIEDMONT RD N E  ATLANTA  GA 30324  Caller: SHARON DUNN  Time: 11:19  Signed: J JONES  Time: 13:58  Ref: CONNELLY  PURSLEY, LOWERY & MEEKS  260 PEACHTREE ST N E  ATLANTA  GA 30308 | BASE : 7.50  FUEL SRCHG: 1.65 | 9.15 |

APPROVED FOR PAYMENT  
*[signature]*  
For ELIZABETH M. O'NEILL  
AGM, LEGAL SERVICES  
AND CHIEF COUNSEL  
DATE 4/17/12  

1000-512645-16110

INVOICE TOTAL ▶ 28.06

INVOICE PAYMENT DUE UPON RECEIPT



4151 Ashford Dunwoody Road
Suite 260
Atlanta, GA 30319
404-257-1223
FAX 404-257-9132

# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 103794 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 2/24/12 | 28.69 |
| CURRENT | OVER 30 DAYS |
| 28.69 | .00 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

MARTA LEGAL DEPARTMENT
Attn: PAULA NASH
2424 PIEDMONT RD N E
6TH FLOOR
ATLANTA, GA 30324

RECEIVED FEB 29 2012
MARTA Legal Services

5% Service Charge Assessed on Invoices over 30 days. We accept Visa, Amex, Mastercard.

Please tear at perforation and return top portion with your payment.

| Courier Connection, Inc. 404-257-1223 | | | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | 4151 Ashford Dunwoody Rd. Suite 260 Atlanta, Georgia 30319 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1540 | 103794 | 2/24/12 | 28.69 | 1 | | |
| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | | | | CHARGE BREAKDOWN | TOTAL |
| 2/22/12 | 898672 | REG | MARTA LEGAL DEPARTMENT 2424 PIEDMONT RD N E ATLANTA GA 30324 Caller: MARTA LEGAL  Time: 14:59 Signed: P JOHNSON Ref: CONNELLY | PURSLEY LOWERY & MEEKS 260 PEACHTREE ST N E ATLANTA GA 30303 Wght: 1 Lbs Time: 16:49 | | | | | BASE     : 8.40 FUEL SRCHG: 1.76 | 10.16 |
| 2/24/12 | 899674 | REG | MARTA LEGAL DEPARTMENT 2424 PIEDMONT RD N E ATLANTA GA 30324 Caller: MARTA LEGAL  Time: 14:46 Signed: C HARRIS Ref: CONNELLY | Buckley and Klein 1230 Peachtree St. NE ATLANTA GA 30309 Wght: 10 Lbs Time: 15:45 | | | | | BASE     : 8.00 FUEL SRCHG: 1.68 | 9.68 |

APPROVED FOR PAYMENT

*[signature]*

for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE  3/1/12

1000-512645-16110

INVOICE TOTAL ▶  19.84

INVOICE PAYMENT DUE UPON RECEIPT



4151 Ashford Dunwoody Road
Suite 260
Atlanta, GA 30319
404-257-1223
FAX 404-257-9132

# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 102490 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 1/20/12 | 121.77 |
| CURRENT | OVER 30 DAYS |
| 84.96 | 36.81 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

MARTA LEGAL DEPARTMENT
Attn: PAULA NASH
2424 PIEDMONT RD N E
6TH FLOOR
ATLANTA, GA 30324

RECEIVED JAN 27 2012 MARTA Legal Services

5% Service Charge Assessed on Invoices over 30 days. We accept Visa, Amex, Mastercard.

Please tear at perforation and return top portion with your payment.

**Courier Connection, Inc.**
404-257-1223

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 1540 | 102490 | 1/20/12 | 121.77 | 1 |

4151 Ashford Dunwoody Rd.
Suite 260
Atlanta, Georgia 30319

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|
| 1/19/12 | 885877 | REG | MARTA LEGAL DEPARTMENT  Buckley & Klein, LLP<br>2424 PIEDMONT RD N E  1230 Peachtree Street.<br>ATLANTA  GA 30324  ATLANTA  GA 30309<br>Caller: MARTA LEGAL  Time: 10:33  Wght: 10 Lbs<br>Signed: J DUDLEY  Time: 12:37<br>Ref: N/A | BASE :<br>FUEL SRCHG: | 8.00<br>1.44 | 9.44 |
| 1/20/12 | 886371 | DIR | MARTA LEGAL DEPARTMENT  MABRY & MCCLELLAND,LLP<br>2424 PIEDMONT RD N E  2200 CENTURY PKY<br>ATLANTA  GA 30324  ATLANTA  GA 30345<br>Caller: SHERAN  Time: 12:16  Wght: 1 Lbs<br>Signed: TJONES  Time: 13:07<br>Ref: TANEJA | BASE :<br>FUEL SRCHG: | 14.00<br>2.52 | 16.52 |

APPROVED FOR PAYMENT

for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE 02/03/12
1000-512645-16110

INVOICE TOTAL ▶ 25.96

INVOICE PAYMENT DUE UPON RECEIPT



4151 Ashford Dunwoody Road
Suite 260
Atlanta, GA 30319
404-257-1223
FAX 404-257-9132

# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 120507 | 1540 |
| INVOICE DATE | ACCOUNT TOTAL |
| 5/03/13 | 9.44 |
| CURRENT | OVER 30 DAYS |
| 9.44 | .00 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

MARTA LEGAL DEPARTMENT
Attn: SHARON DUNN
2424 PIEDMONT RD N E
6TH FLOOR
ATLANTA, GA 30324

RECEIVED MAY 0 8 2013 MARTA Legal Services

5% Service Charge Assessed on Invoices over 30 days. We accept Visa, Amex, Mastercard.

Please tear at perforation and return top portion with your payment.

**Courier Connection, Inc.**
404-257-1223

4151 Ashford Dunwoody Rd.
Suite 260
Atlanta, Georgia 30319

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 1540 | 120507 | 5/03/13 | 9.44 | 1 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|---|
| 5/02/13 | 1069105 | REG | MARTA LEGAL DEPARTMENT<br>2424 PIEDMONT RD N E<br>ATLANTA     GA 30324<br>Caller: MARTA LEGAL   Time: 13:48<br>Signed: M Barrett        Time: 15:12<br>Ref: CONNELLY | Buckley and Klein<br>1230 Peachtree St., N.E.<br>ATLANTA     GA 30309<br>Wght:  1 Lbs | BASE      :<br>FUEL SRCHG: | 8.00<br>1.44 | 9.44 |

APPROVED FOR PAYMENT

_signature_

for ELIZABETH M. O'NEILL
AGM, LEGAL SERVICES
AND CHIEF COUNSEL
DATE  05/15/13
1000-512645-16110

INVOICE TOTAL ▶  9.44

# FedEx Office

FedEx Office is your destination
for printing and shipping.

3637 PEACHTREE RD NE
Atlanta, GA 30319
Tel: (404) 233-1329

5/11/2013          11:49:25 AM EST
Team Member: Verna S.

                SALE

Strip Mixd Cvr>1"      10 @      4.4500 T
  000864 Reg. Price      4.45
BW 1S Cardstock        10 @      0.2100 T
  000006 Reg. Price      0.21

Regular Total          46.60
Discounts               0.00

**Total**              **46.60**

Sub-Total                       46.60
Tax                              3.73
Deposit                          0.00
**Total**                      **50.33**

Visa (S)                        50.33
  Account: 0353
  Auth: 185108 (A)

Total Tender                    50.33
Change Due                       0.00

# FedEx Office

5/17/2013  8:20:15 AM EST
Team Member: Tracy P.
Customer: Janine Willis

SALE

| | | |
|---|---|---|
| **Darryl Notice Demons** | Qty 1 | 69.00 |
| BW 36x48 Print | 1 @ | 9.0000 T |
| 000279 Reg. Price | 9.00 | |
| 36x48 Foam Mount | 1 @ | 60.0000 T |
| 000402 Reg. Price | 60.00 | |
| Price per piece | 69.00 | |
| Regular Total | 69.00 | |
| Discounts | 0.00 | |
| Zyrtec 24 Hour 10mg | 1 @ | 5.9900 T |
| 010550 Reg. Price | 5.99 | |
| Advil | 1 @ | 2.9900 T |
| 005838 Reg. Price | 2.99 | |
| Regular Total | 8.98 | |
| Discounts | 0.00 | |
| **Total** | **8.98** | |

Sub-Total       77.98
Tax              6.24
Deposit          0.00
Total           84.22

Visa (S)        84.22
  Account: 0353
  Auth: 132709 (A)

Total Tender    84.22
Change Due       0.00

Total Discounts  0.00


